**DENIED**
BY ORDER OF THE COURT

*Request violates paragraph 7 of the Court's Standing Order*

7/6/18

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

*[signature: John F. Walter]*

| | |
|---|---|
| **Brian Whitaker**, <br><br> Plaintiff, <br><br> v. <br><br> **Iraj V. Kashani**; <br> **Simin Kashani**; <br> **Westchester Mobil Inc**., a California Corporation; and Does 1-10, <br><br> Defendants. | **Case No**. 2:18-CV-00346-JFW-PLA <br><br> **[PROPOSED] ORDER** |

    Having read the forgoing stipulation, it is hereby ordered that the mediation completion date be continued from July 9, 2018 to August 9, 2018. The parties shall file a joint report regarding the results of the mediation by August 16, 2018.

Dated: _____

                                                                  Hon. John F. Walter
                                                                  United States District Judge