1

2

Ara Sahelian, Esq. [SBN 169257]
SAHELIAN LAW OFFICES
23046 Av. De La Carlota, Ste. 600

3

Laguna Hills, CA 92653
949. 859.9200

4

Fax 949. 954. 8333

5

Sahelianlaw@me.com
Attorneys for Iraj Kashani; Simin Kashani; Westchester Mobil Inc.

6

7

CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr., Esq., SBN 111282

8

Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082

9

Elliott Montgomery, Esq., SBN 279451
Mail: PO Box 262490, San Diego, CA 92196-2490

10

Delivery: 9845 Erma Road, Suite 300, San Diego, CA 92131

11

(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com / elliottm@potterhandy.com

12

Attorneys for Plaintiff

13

14

**UNITED STATES DISTRICT COURT**

15

**CENTRAL DISTRICT OF CALIFORNIA**

16

17

**Brian Whitaker**,

**CASE NO.** 2:18-CV-00346-JFW-PLA

18

Plaintiff,

19

v.

**JOINT REPORT RE: RESULTS OF SETTLEMENT CONFERENCE**

20

**Iraj V. Kashani**;
**Simin Kashani**;

21

**Westchester Mobil Inc.**, a
California Corporation; and Does 1-
10,

22

23

Defendants.

24

25

**TO THE HONORABLE COURT:**

26

Pursuant to the Court's January 17, 2018 Notice to Parties of Court-Directed

27

ADR Program [ECF-6], the parties to this matter held their settlement conference,

28

by way of private mediation, on July 11, 2018, before Mediator, Frank Cronin.
All  parties  were  present  in  person  at  the  mediation.  The  mediation  lasted

-1-

_____

**JOINT REPORT RE: RESULTS OF SETTLEMENT CONFERENCE**

1   approximately three hours. While settlement was not reached, the parties continue

2   to retain the mediator for further talks

3

4   DATED:  July 13, 2018          CENTER FOR DISABILITY ACCESS

5

6                                               By:   /s/ Elliott Montgomery
                                                      Elliott Montgomery, Esq.

7                                                     Attorneys for Plaintiff

8

9   DATED:  July 13, 2018          SAHELIAN LAW OFFICES

10

11                                              By:   /s/ Ara Sahelian
                                                      Ara Sahelian, Esq.

12                                                    Attorneys for Defendants

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-
_____
**JOINT REPORT RE: RESULTS OF SETTLEMENT CONFERENCE**