UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

| | | |
|---|---|---|
| Case No. | **CV 18-346-JFW (PLAx)** | Date: October 10, 2018 |
| Title: | Brian Whitaker -v- Iraj V. Kashani, et al. | |

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):** ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT FOR FAILURE TO FILE REQUIRED DOCUMENTS [filed 9/17/2018; Docket No. 31]

On September 17, 2018, Plaintiff Brian Whitaker ("Plaintiff") filed a Motion for Summary Judgment. On September 24, 2018, Defendants Iraj V. Kashani, Simin Kashani, and Westchester Mobil Inc. ("Defendants") filed their Opposition. On October 1, 2018, Plaintiffs filed a Reply. Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court found the matter appropriate for submission on the papers without oral argument. The matter was, therefore, removed from the Court's October 15, 2018 hearing calendar and the parties were given advance notice. After considering the moving, opposing, and reply papers, and the arguments therein, the Court rules as follows:

The Court's Scheduling and Case Management Order ("CMO") filed on March 26, 2018 [Docket No. 23] provides in relevant part: "Within two days of the deadline for filing the Reply, each party shall lodge a Proposed Statement of Decision, which shall contain a statement of the relevant facts and applicable law with citations to case law and the record." CMO at § 4(e). The deadline for filing the Reply was October 1, 2018, and, thus, the deadline for filing the Proposed Statement of Decision was October 3, 2018. *See* L.R. 7-10. Both Plaintiffs and Defendants failed to file the required Proposed Statement of Decision by October 3, 2018, and, as of October 9, 2018, have not filed the required Proposed Statement of Decision.

Pursuant to Local Rule 7-12, "[t]he failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion . . . ." In addition, the CMO expressly provides that the "[f]ailure to lodge the Proposed Statement will result in the denial or granting of the motion." CMO at § 4(e). Accordingly, pursuant to Local Rule 7-12

and the CMO, Plaintiffs' Motion for Summary Judgment is **DENIED without prejudice** for failure to file the Proposed Statement of Decision.

    IT IS SO ORDERED.