1  CENTER FOR DISABILITY ACCESS
2  Raymond G. Ballister, Jr. SBN 111282
   Phyl Grace, Esq., SBN 171771
3  Dennis Price, Esq., SBN 279082
   Mail: PO Box 262490
4  San Diego, CA 92196-2490
   Delivery: 9845 Erma Road, Suite 300
5  San Diego, CA 92131
   (858) 375-7385; (888) 422-5191 fax
6  phylg@potterhandy.com
   Attorneys for Plaintiff
7
   ARA SAHELIAN (SBN: 169257)
8  sahelianlaw@me.com
   SAHELIAN LAW OFFICES
9  23046 Ave De La Carlota, Ste 600
   Laguna Hills, CA 92653
10 Telephone: (949) 859-9200
   Facsimile: (949) 954-8333
11 Attorney for Defendants
   Iraj Kashani; Simin Kashani; Westchester Mobil
12 Inc.

13

14              UNITED STATES DISTRICT COURT
15              CENTRAL DISTRICT OF CALIFORNIA

16 | BRIAN WHITAKER,                        | Case: 2:18-CV-00346-JFW-PLA
17 |         Plaintiff,                     |
18 |    v.                                  | **JOINT STIPULATION FOR**
19 | IRAJ V. KASHANI; SIMIN                 | **DISMISSAL PURSUANT TO**
   | KASHANI; WESTCHESTER MOBIL             | **F.R.CIV.P. 41 (a)(1)(A)(ii)**
20 | INC., a California
   | Corporation; and DOES 1-10,
21 |
22 |         Defendants,

23
24
25
26
27
28

1

# **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: February 27, 2019      CENTER FOR DISABILITY ACCESS

By: /s/ Chris Carson
    Chris Carson
    Attorneys for Plaintiff

Dated: February 27, 2019      SAHELIAN LAW OFFICES

By: /s/ Ara Sahelian
    Ara Sahelian
    Attorney for Defendants
    Iraj Kashani; Simin Kashani;
    Westchester Mobil Inc.

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Ara Sahelian, counsel for Iraj Kashani; Simin Kashani; Westchester Mobil Inc., and that I have obtained Mr. Sahelian's authorization to affix his electronic signature to this document.

Dated: February 27, 2019        CENTER FOR DISABILITY ACCESS

By: /s/ Chris Carson
    Chris Carson
    Attorneys for Plaintiff